1  JESSICA I. ROTHSCHILD, SBN 278712
   STEPTOE LLP
2  1330 Connecticut Ave., NW
3  Washington, DC 20036

4  One Market Plaza
   Steuart Tower, 10th floor
5  Suite 1070
   San Francisco, CA 94105
6  415 365 6700

7
   CHRISTOPHER S. NIEWOEHNER (admitted *pro hac vice*)
8  STEPTOE LLP
   227 W. Monroe, Suite 4700
9  Chicago, IL 60606
   312 577 1240
10

11 Attorneys for Plaintiff,
   META PLATFORMS, INC.
12

13
                    UNITED STATES DISTRICT COURT
14                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | META PLATFORMS, INC., a Delaware | |
16 | Corporation, | Case No.: 25-cv-05156 |
17 | *Plaintiff,* | **PLAINTIFF META PLATFORMS, INC.'S MOTION TO CONTINUE CASE DEADLINES** |
18 | v. | |
19 | JUDANG TEAM LLC, a Florida Limited | Assigned to Hon. Thomas S. Hixson |
20 | Liability Company, | Complaint filed: June 18, 2025 |
21 | PERFEOS LLC d/b/a SHOP AT MARS, a Florida Limited Liability Company, | |
22 | | |
23 | JOT & JOURNEYS aka JOT & JOURNEY, an unincorporated Florida business, and | |
24 | | |
25 | ANTONIO JOSÉ LIÉVANO, in his individual capacity and d/b/a "Judang Team," "Jot &Journeys," and "Shop at Mars," | |
26 | | |
27 | *Defendants.* | |
28

1
PLAINTIFF'S MOTION TO CONTINUE CASE DEADLINES
Case No. 25-cv-05156

Plaintiff Meta Platforms, Inc. ("Meta") respectfully requests the Court continue the upcoming Case Management Conference and ADR Deadlines set forth in the Court's Order, Dkt. 9, for two months.

Meta filed its lawsuit against Defendants Judang Team LLC, Perfeos LLC d/b/a Shop at Mars, Jot & Journeys aka Jot & Journey, and Antonio Lievano (collectively, the "Defendants") on June 18 2025. Since that time, Meta has been diligently attempting to serve the Defendants, utilizing all available information. Despite these extensive efforts, those attempts have not been successful.

Meta requested an initial summons based on the last known addresses for the Defendants, which included the addresses currently listed on the Defendants' websites and those that Defendants previously provided to Meta. Those service attempts, however, were unsuccessful. Meta has since twice requested an amended summons, based on new information providing additional possible addresses for service. For more details of the efforts undertaken to achieve service, please see the accompanying Declaration of Jessica I. Rothschild. Given the difficulties in serving the Defendants, Meta anticipates that it will be filing a motion to serve process by alternative means and for extension of time for service of process.

This is the first request for an extension of case deadlines. Meta has not been able to serve the Defendants despite its reasonable efforts and, therefore, has been unable to discuss with the Defendants a stipulation for the relief requested in this Motion. Because the Defendants have not been located and served, if the deadlines are not extended, Meta cannot meet the Court-ordered deadlines to meet and confer with the Defendants. As these are the initial case deadlines, the overall case schedule will not be negatively affected by an extension.

Because of the difficulties in serving the Defendants and because Meta is preparing a motion to serve process by alternative means and for extension of time for service of process, Meta respectfully requests a two month extension of the upcoming Case Management Conference and ADR Deadlines.

| | |
|---|---|
| Dated: August 26, 2025 | Respectfully submitted, |
| | /s/ *Jessica I. Rothschild* |
| | Jessica I. Rothschild |
| | Email: jrothschild@steptoe.com |
| | STEPTOE LLP |
| | 1330 Connecticut Ave., NW |
| | Washington, DC 20036 |
| | 202 429 1370 |
| | |
| | One Market Plaza |
| | Steuart Tower, |
| | 10th floor |
| | Suite 1070 |
| | San Francisco, CA 94105 |
| | 415 365 6700 |
| | |
| | Christopher S. Niewoehner (admitted *pro hac vice*) |
| | Email: cniewoehner@steptoe.com |
| | STEPTOE LLP |
| | 227 W. Monroe Street |
| | Suite 4700 |
| | Chicago, IL 60606 |
| | 312 577 1240 |