**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

META PLATFORMS, INC.,

    *Plaintiff,*

v.

JUDANG TEAM LLC, et al.,

    *Defendants.*

Case No.: 25-cv-05156

**ORDER GRANTING PLAINTIFF META PLATFORMS, INC.'S *EX PARTE* APPLICATION TO SERVE DEFENDANTS JUDANG TEAM LLC, PERFEOS LLC D/B/A SHOP AT MARS, JOT & JOURNEYS AKA JOT & JOURNEY, AND ANTONIO JOSÉ LIÉVANO BY EMAIL**

THIS MATTER having come before the Court, Plaintiff Meta Platforms, Inc.'s *Ex Parte* Application to Serve Defendants Judang Team LLC, Perfeos LLC d/b/a Shop at Mars, Jot & Journeys aka Jot & Journey, and Antonio Liévano by Email (the "*Ex Parte* Application"), and the Court having considered the papers submitted by Plaintiff Meta Platforms, Inc., the Court finds as follows:

For good cause shown, IT IS HEREBY ORDERED that the *Ex Parte* Application is GRANTED and, pursuant to Federal Rules of Civil Procedure, Rules 4(e)(1) and 4(h)(1)(A) and California Civil Procedure Code section 413.30, Plaintiff Meta Platforms, Inc. may serve Defendants Judang Team LLC, Perfeos LLC d/b/a Shop at Mars, Jot & Journeys aka Jot & Journey, and Antonio Liévano by emailing the Complaint and Summons to alievano73@gmail.com, antonio7insta7@gmail.com, sofloantoniovlogs@gmail.com, antonio777insta7@gmail.com, claims@preventcopyright.com, mw3stream@gmail.com, mw3stream@gmail.com, alievano777@yahoo.com, hello@thunderlabs.io, instagram@thunderlabs.io, and slay@example.com.  Plaintiff may also serve Defendant Judang

Team LLC by email at antonio@judangteam.com and Defendant Perfeos LLC d/b/a Shop at Mars at ads@perfeos.com, ajl@perfeos.com, alievano@perfeos.com, and slay@perfeos.com.

**IT IS SO ORDERED.**

Dated: September 9, 2025.

_____
Honorable Thomas S. Hixson
UNITED STATES MAGISTRATE JUDGE