**GLOBAL LEGAL LAW FIRM**
James C. Huber, Esq. (SBN 269488)
jhuber@attorneygl.com
Bradley Crosley (SBN 253494)
bcrosley@attorneygl.com
322 Encinitas Blvd, Suite 200
Encinitas, CA 92024
Telephone: (888) 846-8901
Facsimile: (888) 846-8902

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., a Delaware Corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>JUDANG TEAM LLC, a Florida Limited Liability Company; PERFEOS LLC d/b/a SHOP AT MARS, a Florida Limited Liability Company; JOT & JOURNEYS aka JOT & JOURNEY, an unincorporated Florida business; and ANTONIO JOSÉ LIÉVANO, in his individual capacity and d/b/a "Judang Team," "Jot & Journeys," and "Shop at Mars,"<br><br>*Defendants.* | Case No: 3:25-cv-5156<br><br>Judge:   Thomas S. Hixson<br><br>**JOINT STIPULATION TO EXTEND CASE DEADLINES** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The parties, plaintiff Meta Platforms, Inc. ("Meta") and defendants Judang Team, LLC, Perfeos LLC dba Shop at Mars, Jot & Journeys aka Jot & Journey, and Antonio Lievano (collectively the "Defendants") through their respective counsel of

1 record, hereby submit the following Stipulation regarding the deadline for Defendants
2 to respond to the Complaint, as well as deadlines related to ADR, Initial Disclosures,
3 and the Initial Case Management Conference.

4     WHEREAS service of process completed on Defendants on September 18,
5 2025, via email, established a deadline of October 9, 2025, for Defendants to file and
6 serve a response to the Complaint. This Stipulation sets forth the parties' agreement
7 that the deadline for response to the Complaint shall be extended to November 6, 2025,
8 and related deadlines shall be extended as set forth herein.

9     WHEREAS the Order Granting Plaintiff Meta Platforms, Inc.'s Motion to
10 Continue Case Deadlines and Amending Initial Case Management Conference and
11 ADR Deadlines (Doc. 21) (the "Order") established a deadline of October 30, 2025,
12 for filing ADR Certifications and for completing meet and confer regarding initial
13 disclosures, early settlement, ADR process selection, and discovery plan. This
14 Stipulation sets forth the parties' agreement that these deadlines shall be extended to
15 November 20, 2025.

16     WHEREAS the Order established a deadline of November 13, 2025, for Initial
17 Disclosures and to file a Joint Case Management Statement. This Stipulation sets forth
18 the parties' agreement that these deadlines shall be extended to December 11, 2025.

19     WHEREAS the Order set forth November 20, 2025, at 10:00 AM for the Initial
20 Case Management Conference. This Stipulation sets forth the parties' agreement that
21 this deadline shall be extended to December 18, 2025, at 10:00 AM.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| 1 | Dated: October 6, 2025 | **GLOBAL LEGAL LAW FIRM** |
| 2 | | |
| 3 | | By: */s/ Bradley C. Crosley* |
| 4 | | James C. Huber |
|   | | Bradley C. Crosley |
| 5 | | Attorneys for Defendants, |
| 6 | Dated: October 6, 2025 | **STEPTOE LLP** |
| 7 | | |
| 8 | | By: */s/ Jessica I. Rothschild* |
|   | | Jessica I. Rothschild |
| 9 | | Christopher S. Niewoehner |
| 10 | | (admitted pro hac vice) |
|   | | Attorneys for Plaintiff, |
| 11 | | META PLATFORMS, INC |

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD., SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

3
JOINT STIPULATION TO EXTEND CASE DEADLINES
Case No. 25-cv-05156

## CERTIFICATE OF SERVICE

I, BRADLEY CROSLEY, hereby certify that on October 6, 2025, I caused to be electronically filed **JOINT STIPULATION TO EXTEND CASE DEADLINES**, with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: October 6, 2025     **GLOBAL LEGAL LAW FIRM**

By: */s/ Bradley C. Crosley*
James C. Huber
Bradley C. Crosley
Attorneys for Defendants,