GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD., SUITE 200
ENCINITAS, CA 92024
(888) 846-8901

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., a Delaware Corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>JUDANG TEAM LLC, a Florida Limited Liability Company; PERFEOS LLC d/b/a SHOP AT MARS, a Florida Limited Liability Company; JOT & JOURNEYS aka JOT & JOURNEY, an unincorporated Florida business; and ANTONIO JOSÉ LIÉVANO, in his individual capacity and d/b/a "Judang Team," "Jot & Journeys," and "Shop at Mars,"<br><br>*Defendants.* | Case No: 3:25-cv-5156<br><br>Judge:  Thomas S. Hixson<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND CASE DEADLINES** |

THIS MATTER, having come before the Court, the Joint Stipulation to Extend Case Deadlines (the "Stipulation"), having considered the papers submitted.

IT IS HEREBY ORDERED THAT the Stipulation is GRANTED and the deadlines set forth are amended as follows:

///

| Case Management Event | Court-Ordered Deadline | Proposed Deadline |
|---|---|---|
| Defendants' deadline to respond to complaint | October 9 | November 6 |
| File ADR certification and meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | October 30 | November 20 |
| Initial Disclosures and Joint Case Management Statement | November 13 | December 11 |
| Initial Case Management Conference | November 20 | December 18 |

**IT IS SO ORDERED.**

Dated this __ day of October 2025

_____
Honorable Thomas S. Hixon
UNITED STATES MAGISTRATE JUDGE

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD., SUITE 200
ENCINITAS, CA 92024
(888) 846-8901