GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD., SUITE 200
ENCINITAS, CA 92024
(888) 846-6901

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

META PLATFORMS, INC., a
Delaware Corporation,

   *Plaintiff,*

  vs.

JUDANG TEAM LLC, a Florida
Limited Liability Company; PERFEOS
LLC d/b/a SHOP AT MARS, a Florida
Limited Liability Company; JOT &
JOURNEYS aka JOT & JOURNEY, an
unincorporated Florida business; and
ANTONIO JOSÉ LIÉVANO, in his
individual capacity and d/b/a "Judang
Team," "Jot & Journeys," and "Shop at
Mars,"

   *Defendants.*

Case No: 3:25-cv-5156

Judge: Thomas S. Hixson

**ORDER GRANTING PARTIES'
JOINT STIPULATION TO
CONTINUE MOTION TO DISMISS
HEARING**

  THIS MATTER, having come before the Court, the Joint Stipulation to continue

the Hearing on Motion to Dismiss (the "Stipulation"), having considered the papers

submitted,

///

///

1    **IT IS HEREBY ORDERED THAT** the Stipulation is GRANTED and the

2  Motion to Dismiss hearing is continued from January 15, 2026 to

3  February 12, 2026 at 10:00 AM.

4

5

6

7    **IT IS SO ORDERED.**

8

9  Dated this 6th day of January 2026

10

11  _____

12  Honorable Thomas S. Hixon
    UNITED STATES MAGISTRATE
13  JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GLOBAL LEGAL LAW FIRM
322 ENCINITAS BLVD., SUITE 200
ENCINITAS, CA 92024
(888) 846-6901

ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE MOTION TO DISMISS HEARING
Case No. 25-cv-05156