UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

META PLATFORMS, INC.,

Plaintiff,

v.

JUDANG TEAM LLC, et al.,

Defendants.

Case No. 25-cv-05156-TSH

**ORDER RE:  ENTRY OF DEFAULT**

Plaintiff Meta Platforms, Inc. ("Meta") brings this action against Defendants Judang Team LLC ("Judang"), Perfeos LLC ("Perfeos"), Jot & Journeys ("J&J"), and Antonio Jose Liévano (collectively, "Defendants"), alleging that Defendants operated a deceptive and misleading advertising scheme on Meta's social media platforms and improperly obtained advertising credit lines from Meta.  ECF No. 1.  Judang and Perfeos are corporate entities.  *Id.*

On January 20, 2026, the Court granted Former Counsel's[1] motion to withdraw as counsel for all Defendants.  ECF No. 57.  Because corporations may not appear in federal court except by counsel, the Court stayed the case for thirty days and granted Defendants until February 19, 2026, to find substitute counsel for the corporate entities.  *Id.*  The Court warned Defendants that failure to retain substitute counsel could result in the entry of default judgment against them.  *Id.*

On February 5, 2026, Defendants Perfeos, J&J, and Liévano filed an answer to the complaint through new counsel.  ECF No. 59.  However, Defendant Judang did not submit any filings through new counsel, nor did Judang enter an appearance by new counsel.  As Judang has not made an appearance through new counsel, entry of default is appropriate.  *See Emp. Painters'*

---

[1] "Former Counsel" refers collectively to James C. Huber, Bradley C. Crosley, and Darren Cruz. *See* ECF No. 57.

*Trust v. Ethan Enters., Inc.*, 480 F.3d 993, 998 (9th Cir. 2007) (holding entry of default against corporate entity defendant proper where defendant failed to obtain substitute counsel after former counsel withdrew, in violation of local rules); *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (holding default judgment against corporate entity defendant proper where defendant failed to comply with court order to retain counsel).

Accordingly, pursuant to Federal Rule of Civil Procedure 55(a), the Court **ORDERS** the Clerk of Court to enter default against Judang.

The Court **ORDERS** Former Counsel to provide a copy of this order to Judang and file an attestation to that effect no later than February 25, 2026.

**IT IS SO ORDERED.**

Dated: February 20, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2