UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

META PLATFORMS, INC.,

          Plaintiff,

      v.

JUDANG TEAM LLC, et al.,

          Defendants.

Case No. 25-cv-05156-TSH

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On March 3, 2026, the Court issued an order to show cause regarding Counsel's[1] failure to comply with their service obligation and directing Counsel to file a response by March 10, 2026. ECF No. 74. On March 10, 2026, Counsel responded to the Court's show cause order. ECF No. 78.

In accordance with the Court's prior orders, Counsel must continue to serve all filed documents on Judang Team LLC until a substitution of counsel is filed. *See* ECF Nos. 57, 60, 64, 74. For all such documents, Counsel shall e-file proof of service within three business days of filing. *See* ECF No. 57. Counsel is warned that failure to comply with the Court's orders imposing service obligations on Counsel may result in the imposition of sanctions.

Accordingly, the Court **DISCHARGES** the show cause order at ECF No. 74.

**IT IS SO ORDERED.**

Dated: March 19, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] "Counsel" refers collectively to James C. Huber, Bradley C. Crosley, and Darren Cruz. *See* ECF No. 57.