**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

META PLATFORMS, INC., a Delaware Corporation,

*Plaintiff*,

v.

JUDANG TEAM LLC, a Florida Limited Liability Company,

PERFEOS LLC d/b/a SHOP AT MARS, a Florida Limited Liability Company,

JOT & JOURNEYS aka JOT & JOURNEY, an unincorporated Florida business, and

ANTONIO JOSÉ LIÉVANO, in his individual capacity and d/b/a "Judang Team," "Jot & Journeys," and "Shop at Mars,"

*Defendants*.

Case No. 3:25-cv-05156-TSH

**ORDER *AS MODIFIED BY THE COURT* GRANTING STIPULATED REQUEST TO EXTEND CASE SCHEDULE**

THIS MATTER having come before the Court, the Parties' joint Stipulated Request to Extend Case Schedule, having considered the paper submitted by the Parties,

IT IS HEREBY ORDERED that the Stipulation is GRANTED and the case deadlines are extended as follows:

| Case Management Deadlines | Deadline |
|---|---|
| Disclosure of expert witnesses | 12/17/2026 |
| Disclosure of rebuttal expert witnesses | 1/14/2027 |
| Close of fact and expert discovery | 2/18/2027 |
| Deadline to file dispositive motions & Deadline for mediation | 3/18/2027 |
| Hearing on dispositive motions | 4/22/2027 |
| Exchange of pretrial disclosures | 6/24/2027 |

| Case Management Deadlines | Deadline |
|---|---|
| Deadline to file pretrial documents | 7/8/2027 |
| Deadline to file oppositions to motions in limine | 7/15/2027 |
| Pretrial conference | 7/29/2027 |
| Final pretrial conference | 9/2/2027 |
| Jury trial | 9/20/2027 ~~9/16/2027~~ |

**IT IS SO ORDERED.**

Dated this _4th day of August, 2026.

Honorable Thomas S. Hixson