UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., a Delaware Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>JUDANG TEAM LLC, a Florida Limited Liability Company,<br><br>PERFEOS LLC d/b/a SHOP AT MARS, a Florida Limited Liability Company,<br><br>JOT & JOURNEYS aka JOT & JOURNEY, an unincorporated Florida business, and<br><br>ANTONIO JOSÉ LIÉVANO, in his individual capacity and d/b/a "Judang Team," "Jot & Journeys," and "Shop at Mars,"<br><br>*Defendants*. | Case No. 3:25-cv-05156-TSH<br><br>**~~[PROPOSED]~~ ORDER DIRECTING SILVA'S FINANCIAL SERVICES TO COMPLY WITH RULE 45 SUBPOENA** |

THIS MATTER having come before the Court, Plaintiff Meta Platforms, Inc.'s June 16, 2026 subpoena to produce documents that was served on Silva's Financial Services, LLC ("Silva's") pursuant to Federal Rule of Civil Procedure 45, seeking documents and communications from January 1, 2022 to the present related to financial and accounting services provided to one or more of the Defendants, including tax returns, having considered the positions of the parties and Silva's, including that the disclosure of such documents and communications may not be disclosed under applicable federal and/or state statutes including Florida or California statutes, such as 26 U.S.C. § 7216 and California Business and Professions Code § 17530.5, unless the disclosure is pursuant to Court order,

IT IS HEREBY ORDERED that Silva's is directed to comply with Plaintiff's June 16, 2026 subpoena within five business days of this Order.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2026.

Honorable Thomas S. Hixson